UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Lauren Elizabeth SEALY,<br><br>Defendant. | Magistrate Case No. __23-mj-00827__<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Attempted Transportation of Illegal Aliens |

The undersigned complainant being duly sworn states:

On or about March 7, 2023, within the Southern District of California, Defendant Lauren Elizabeth SEALY, did attempt to transport illegal alien, namely Daniela ROSAS-Aguilar, knowing or in reckless disregard of the fact that aliens have to come to, entered or remained in the United States in violation of law; in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 8th of March 2023.

_____
HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

The complainant states that Daniela ROSAS-Aguilar, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On March 7, 2023, at approximately 9:21 p.m., Lauren Elizabeth SEALY entered the United States from Mexico at the San Ysidro, California Port of Entry as the driver of a vehicle bearing Texas license plates. Upon primary inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a California driver's license as her entry document and the passenger presented a United States Passport Card bearing the name D.A.B., later identified as Daniela ROSAS-Aguilar (Material Witness). Material Witness claimed to be the person on the passport presented. Defendant stated that the passenger is her boyfriend's sister. Defendant stated they were enroute to Los Angeles, California and had nothing to declare. The CBP Officer suspected Material Witness was not the rightful owner of the passport presented and referred the vehicle and its occupants to secondary for further inspection.

In secondary, Material Witness admitted to not being the lawful owner of the document presented and being a citizen and national of Mexico. a CBP Officer searched Material Witness by 10-digit fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned a match to the query, linking Material Witness to an Immigration Service records which identified Material Witness as a citizen and national of Mexico.

During a video-recorded interview, the Material Witness admitted to being a citizen of Mexico born in Guanajuato, Mexico with no documents to lawfully enter or reside in the United States. Material Witness stated her uncle made the smuggling arrangements and agreed to an undetermined amount if successfully smuggled into the United States. Material Witness stated an unknown male provided the United States passport card and told to say she was the driver's boyfriend's sister, which she is not. Material Witness stated she was going to an unknown city in California to work.